UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 13-02966-MMM(JEMx) | Date | November 22, 2013 |
|---|---|---|---|

| Title | Dynamic Nursing Services Inc et al v. Dynamic Caregivers a Division of Manager Kare Inc et al |
|---|---|

| Present: The Honorable | MARGARET M. MORROW | |
|---|---|---|
| ANEL HUERTA | | N/A |
| Deputy Clerk | | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None appearing | None appearing |

**Proceedings:** [In Chambers] Order to Show Cause re Dismissal re Lack of Prosecution and Failure to Follow Court Order

    Plaintiff's counsel is ordered to show cause in writing on or before Wednesday, November 27, 2013 why this case should not be dismissed for lack of prosecution and for failure to follow the Court's Scheduling Conference minute order (docket entry [16]), which directed Plaintiff's counsel to initiate a telephone status conference call on November 21, 2013 at 5:30 p.m. No such call was placed to chambers.